UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 07-233-M ) ) |
| Jarrod Williams, | ) ) |
| Defendant. | ) |

# ORDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **26th** day of **NOVEMBER, 2007,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                    _____
                                    **Honorable Leonard P. Stark**
                                    **U.S. Magistrate Judge**

cc: Federal Public Defender
     First Federal Plaza, Suite# 110
     704 King Street
     Wilmington, DE  19801
     (302) 573-6010

     Defendant
     United States Attorney



FILED

NOV 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE