UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JARROD WILLIAMS,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-233-M**

I, **JARROD WILLIAMS**, charged in a complaint pending in this District with **BEING A FELON IN POSSESSION OF A FIREARM**, in violation of Title **18**, U.S.C., **922(g)(1)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_/s/_
Defendant

_/s/_
Counsel for Defendant

FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*11/29/07*