REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **REDACTED** |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 170 |
| ) | |
| JARROD WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 24, 2007, in the State and District of Delaware, Jarrod Williams, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Davis Model P-32, .32 caliber handgun, serial number #P170890, after having been convicted on or about August 11, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Count One of this Indictment, defendant Jarrod Williams shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), any property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offense(s); all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense(s); and, all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

Davis Model P-32, .32 caliber handgun, serial number #P170890

Five (5) .32 caliber rounds of ammunition found in the aforementioned handgun

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: December 13, 2007